# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
February 28, 2023
Lyle W. Cayce
Clerk

No. 22-10831
Summary Calendar

_____

In the matter of Highland Capital Management, L.P.

*Debtor*,

_____

The Dugaboy Investment Trust,

*Appellant*,

versus

Highland Capital Management, L.P.,

*Appellee*.

_____

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:21-CV-2268
USDC No. 19-34054

_____

Before Higginbotham, Graves, and Ho, *Circuit Judges*.

J U D G M E N T

This cause was considered on the record on appeal and the briefs on file.

IT IS ORDERED and ADJUDGED that the judgment of the District Court is AFFIRMED.

IT IS FURTHER ORDERED that appellant pay to appellee the costs on appeal to be taxed by the Clerk of this Court.