# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

March 22, 2023

Ms. Karen S. Mitchell
Northern District of Texas, Dallas
United States District Court
1100 Commerce Street
Earle Cabell Federal Building
Room 1452
Dallas, TX 75242

    No. 22-10831   Dugaboy Investment v. Highland Capital
                          USDC No. 3:21-CV-2268
                          USDC No. 19-34054

Dear Ms. Mitchell,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              By: _____
                              Roeshawn Johnson, Deputy Clerk
                              504-310-7998

cc:  Mr. Zachery Z. Annable
     Mr. Gregory Vincent Demo
     Mr. Douglas Scott Draper
     Ms. Melissa Sue Hayward
     Mr. John A. Morris
     Mr. Jeffrey N. Pomerantz